(DO NOT PUBLISH)

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
January 4, 2006
THOMAS K. KAHN
CLERK

_____

No. 05-10421
Non-Argument Calendar

_____

D.C. Docket No. 04-00020-CR-6

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

MICHAEL HEADRICK,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Georgia

_____

(January 4, 2006)

Before TJOFLAT, DUBINA and CARNES, Circuit Judges.

PER CURIAM:

Julian B. Smith, Jr., appointed counsel for Michael Headrick in this direct criminal appeal, filed a renewed motion to withdraw from further representation of the appellant and filed a brief pursuant to Anders v. California, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). We denied counsel's renewed motion without prejudice and ordered him to provide a transcript of the Rule 11 change-of-plea hearing. Counsel has now supplemented the record on appea with the requested transcript, and we construe this filing as a resubmission of his renewed motion to withdraw and Anders brief. Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Headrick's conviction and sentence are **AFFIRMED**.